Opinion issued October 28, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00673-CV

———————————

OFFICE OF
THE ATTORNEY GENERAL OF TEXAS, Appellant

V.

CASSANDRA WILLIAMS, Appellee



 



 

On Appeal from the 268th District Court 

Fort Bend County, Texas



Trial Court Case No. 08-DCV-164631

 



MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss
the appeal.  No opinion has issued.  Accordingly, we grant the motion and dismiss
the appeal.  See Tex. R. App. P. 42.1(a)(1).

We dismiss all other pending motions as moot.  We direct the Clerk to issue the mandate
within 10 days of the date of this opinion. 
See Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Justices Keyes, Higley, and Bland.